(No. 5906— ▮▮▮▮▮▮▮▮)

MICHAEL REESE HOSPITAL AND MEDICAL CENTER, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed August 30, 1971.*

MICHAEL REESE HOSPITAL AND MEDICAL CENTER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.